FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY -4 PM 3:31

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and DUBLIN DIVISIONS

IN RE:

LEAVE OF ABSENCE REQUEST
PATRICIA G. RHODES
October 21 through October 26, 2015

Case Nos.: CR114-098, A. L. Butler
CR115-018, M. M. Ruff
CR109-060, A. Davila
CR115-031, D. B. Osborne

CR315-0002, T. V. Bennett, et al.
CR315-0003, M. J. Todd
CR305-0022, G. S. Legette

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for October 21 through October 26, 2015, to attend a family wedding out of town; same is hereby GRANTED.

This ____ day of _____May_____, 2015.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1