IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 OCT 26 P 2: 30

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 109-060 |
| | * | |
| ANTHONY DAVILA | * | |

O R D E R

Defendant Anthony Davila originally pleaded guilty to a single count of conspiracy to defraud the Government with respect to false individual federal income tax returns on May 17, 2010. He was sentenced to serve 115 months in prison followed by three years of supervised release.

On July 2, 2020, an arrest warrant was issued for Defendant upon allegations that he violated mandatory conditions of his supervised release.  Defendant was arrested on August 24, 2020.

On October 9, 2020, Defendant had an initial appearance on the revocation petition before the United States Magistrate Judge. He has now been appointed counsel to represent him in future revocation proceedings.

At present, the Court has reviewed a pro se motion filed by Defendant on October 7, 2020, prior to his initial appearance and the appointment of counsel.  In the motion, Defendant challenges the legality of his present detention under the First Step Act. Because Defendant is now represented by counsel, however, the Court

will not consider a pro se motion challenging the legality of the revocation proceedings. See Loc. Crim. R. 44.2. Accordingly, the Clerk is directed to **TERMINATE** the motion of October 7, 2020. (Doc. No. 192.)

   **ORDER ENTERED** at Augusta, Georgia, this 26 day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

2